JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| NORBERTO QUINTANA, | ) CV 09-03860-MMM (SH) |
| | ) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| JOSEPH NORWOOD, WARDEN et al., | ) |
| Respondents. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: October 30, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

1